# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM PARKASH LAMBA,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | Case No. 1:26-cv-08220-KES-SAB<br>ORDER GRANTING CATHERINE VENABLE'S *PRO HAC VICE* APPLICATION<br>(ECF No. 5) |

Before the Court is the application of Catherine Venable, attorney for Ram Parkash Lamba, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge